UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | |
|---|---|
| HAGER HOWARD TRENT, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:19-CV-109-CHB |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the opinion and order entered on this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The decision of the Commissioner is **REVERSED** under sentence four of 42 U.S.C. § 405(g);

2. This matter is **REMANDED** for further proceedings and **STRICKEN** from the Court's active docket;

3. This judgment is **FINAL** and **APPEALABLE** and there is no just cause for delay.

This the 19th day of January, 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY